UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60904-CIV-COHN/WHITE

HERBERT LEE HATHCOCK, JR.,

    Plaintiff,

v.

DEPUTY M. MAG,

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the Report Regarding Dismissal of Successive Complaint 28 U.S.C. § 1915(g) [DE 5] ("Report"), filed by United States Magistrate Judge Patrick A. White.  The Court notes that no objections have been filed, and the time for doing so has passed.  Nonetheless, pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint, the Report, and is otherwise advised in the premises.

Judge White recommends dismissal because Plaintiff's suit is successive and barred by 28 U.S.C. § 1915(g).  The undersigned agrees with Judge White.  Title 28 U.S.C. § 1915(g) provides as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).  As Judge White points out, Plaintiff has already filed ten suits

while incarcerated, at least two of which were dismissed as frivolous, and two others which were dismissed for failure to state a claim. See DE 5 at 1-2. Further, Plaintiff has not demonstrated that he is under imminent danger of serious physical injury. Accordingly, Plaintiff may not proceed *in forma pauperis* in this action so long as he remains incarcerated, and the Complaint will be dismissed. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report Regarding Dismissal of Successive Complaint 28 U.S.C. § 1915(g) [DE 5], filed by United States Magistrate Judge Patrick A. White is **ADOPTED**.

2. Plaintiff's Motion to Proceed In Forma Pauperis [DE 4] is **DENIED**.

3. The Complaint [DE 1] is **DISMISSED without prejudice**. Plaintiff may move to reopen the case upon payment of the filing fee of $350.00, within ten days of this Order.

4. All other pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of May, 2013.

JAMES I. COHN
United States District Judge

Copies provided to:
Herbert Lee Hathcock, Jr., *pro se*
Prisoner ID: 231300824
J. Conte Facility
P.O. Box 407016
Fort Lauderdale, FL 33340